IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 94-366C<br>(Judge Merow) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ Leslie Cayer Ohta

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)
leslie.ohta@usdoj.gov

March 30, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Leslie Cayer Ohta

______________________________