IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 94-366C |
| v. | ) | (Judge Merow) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO DISCOVERY DEADLINES SET FORTH IN FEBRUARY 9, 2995 ORDER

Defendant, United States, in response to plaintiff's motion for an extension of the discovery deadlines, states that it has no objection to the granting of plaintiff's motion.

Counsel for plaintiff in his motion states that his attempts to contact Government counsel regarding this motion were unavailing because he was unable to reach former Government counsel and was unaware of the identity of present Government counsel. This case was designated an electronic filing case on March 18, 2005. On March 30, 2005, undersigned counsel electronically filed her notice

of appearance

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 616-0462
(202) 514-8624 (Fax)

<u>OF COUNSEL</u>
ELLEN M. EVANS
Department of the Navy
EFA Chesapeake, Suite 412
1314 Harwood St., SE
Washington Navy Yard, 20374

April 8, 2005