# In the United States Court of Federal Claims

No. 94-366 C
(Filed April 11, 2005)

************************************
CUMBERLAND CASUALTY & *
SURETY COMPANY *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On April 7, 2005, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in February 9, 2005 Order was filed. Plaintiff requests that each of the deadlines set forth in the Order of February 9, 2005, be extended by 60 days. Defendant filed a response to plaintiff's motion on April 8, 2005, stating defendant has no objection to the granting of plaintiff's motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed April 7, 2005, is **GRANTED** and that:

(1) The pretrial activity concerning damages shall be completed by July 5, 2005,which requires the plaintiff to submit schedules to defendant by June 7, 2005;

(2) That during the period up to July 5, 2005, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before July 15, 2005, and expert discovery completed by August 16, 2005; and

(4) At the close of all discovery on August 16, 2005, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge