# In the United States Court of Federal Claims

No. 94-366 C
(Filed June 28, 2005)

```
**********************************
 CUMBERLAND CASUALTY &          *
      SURETY COMPANY            *
                                *
                 Plaintiff,     *
                                *
                 v.             *
                                *
THE UNITED STATES,              *
                                *
                 Defendant.     *
**********************************
```

ORDER

On June 7, 2005, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in April 11, 2005 Order was filed. Plaintiff requests that each of the deadlines set forth in the Order of April 11, 2005, be extended by sixty (60) days. Defendant has not filed a response to plaintiff's motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed June 7, 2005, is **GRANTED** and that:

(1) The pretrial activity concerning damages shall be completed by September 2, 2005,which requires the plaintiff to submit schedules to defendant by August 8, 2005;

(2) That during the period up to September 2, 2005, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before September 13, 2005, and expert discovery completed by October 17, 2005; and

(4) At the close of all discovery on October 17, 2005, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge