# In the United States Court of Federal Claims

No. 94-366 C
(Filed August 4, 2005)

***********************************
CUMBERLAND CASUALTY & *
SURETY COMPANY *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

ORDER

On August 4, 2005, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in June 28, 2005 Order was filed. Plaintiff requests that each of the deadlines set forth in the Order of June 28, 2005, be extended by sixty (60) days. Defendant has not filed a response to plaintiff's motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed August 4, 2005, is **GRANTED** and that:

(1) The pretrial activity concerning damages shall be completed by November 1, 2005,which requires the plaintiff to submit schedules to defendant by October 7, 2005;

(2) That during the period up to November 1, 2005, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before November 12, 2005, and expert discovery completed by December 14, 2005; and

(4) At the close of all discovery on December 14, 2005, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge