# In the United States Court of Federal Claims

No. 94-366 C

(Filed October 11, 2005)

***********************************

CUMBERLAND CASUALTY & SURETY COMPANY
Plaintiff,

v.

THE UNITED STATES,
Defendant.

***********************************

## ORDER

October 7, 2005, Plaintiff's Unopposed Motion for Extension of Time to Discovery Deadlines Set Forth in August 4, 2005 Order was filed.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed October 7, 2005 is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by January 3, 2006, which requires the plaintiff to submit schedules to defendant by December 7, 2005;

(2) That during the period up to January 3, 2006, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before January 13, 2006, and expert discovery completed by February 13, 2006; and

(4) At the close of all discovery on February 13, 2006, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge