# In the United States Court of Federal Claims

No. 94-366 C

(Filed February 6, 2006)

***********************************

| | |
|---|---|
| CUMBERLAND CASUALTY & | * |
| SURETY COMPANY | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |

***********************************

**ORDER**

On February 3, 2006, Plaintiff's Unopposed Motion for Extension of Time to Discovery Deadlines Set Forth in December 8, 2005 Order was filed.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed February 3, 2006, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by May 5, 2006, which requires the plaintiff to submit schedules to defendant by April 10, 2006;

(2) That during the period up to May 5, 2006, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before May 15, 2006, and expert discovery completed by June 13, 2006; and

(4) At the close of all discovery on June 13, 2006, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge