# In the United States Court of Federal Claims

No. 94-366 C

(Filed April 11, 2006)

***********************************

CUMBERLAND CASUALTY & SURETY COMPANY
Plaintiff,

v.

THE UNITED STATES,
Defendant.

***********************************

**ORDER**

On April 7, 2006, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in February 6, 2006 Order was filed. Defendant's response to plaintiff's motion, filed April 10, 2006, indicated that it has no objection to plaintiff's motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed April 7, 2006, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by July 5, 2006, which requires the plaintiff to submit schedules to defendant by June 12, 2006;

(2) That during the period up to July 5, 2006, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before July 14, 2006, and expert discovery completed by June 13, 2006; and

(4) At the close of all discovery on August 14, 2006, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge