# In the United States Court of Federal Claims

No. 94-366 C

(Filed September 7, 2006)

************************************

| | |
|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, Defendant. | * |

************************************

## ORDER

On August 10, 2006, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in June 12, 2006 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed August 10, 2006, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by November 6, 2006, which requires the plaintiff to submit schedules to defendant by October 10, 2006;

(2) That during the period up to November 6, 2006, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before November 13, 2006, and expert discovery completed by December 11, 2006; and

(4) At the close of all discovery on December 11, 2006, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge