# In the United States Court of Federal Claims

No. 94-366 C

(Filed October 31, 2006)

************************************

CUMBERLAND CASUALTY & SURETY COMPANY *
Plaintiff, *

v. *

THE UNITED STATES, *
Defendant. *

************************************

**ORDER**

On October 5, 2006, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in the September 7, 2006 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed October 5, 2006, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by January 5, 2007, which requires the plaintiff to submit schedules to defendant by December 11, 2006;

(2) That during the period up to January 5, 2007, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before January 12, 2007, and expert discovery completed by February 9, 2007; and

(4) At the close of all discovery on February 9, 2007, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge