# In the United States Court of Federal Claims

No. 94-366 C

(Filed January 4, 2007)

***********************************

CUMBERLAND CASUALTY & SURETY COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.

***********************************

## ORDER

On December 8, 2006, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in the October 31, 2006 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed December 8, 2006, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by April 5, 2007, which requires the plaintiff to submit schedules to defendant by March 9, 2007;

(2) That during the period up to April 5, 2007, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before April 12, 2007, and expert discovery completed by May 10, 2007; and

(4) At the close of all discovery on May 10, 2007, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge