# In the United States Court of Federal Claims

No. 94-366 C

(Filed June 27, 2007)

************************************

| | |
|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, Defendant. | * |

************************************

**ORDER**

On June 7, 2007, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in the March 27, 2007 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed June 7, 2007, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by October 3, 2007, which requires the plaintiff to submit schedules to defendant by September 5, 2007;

(2) That during the period up to October 3, 2007, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before October 10, 2007, and expert discovery completed by November 6, 2007; and

(4) At the close of all discovery on November 6, 2007, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge