# In the United States Court of Federal Claims

No. 94-366 C

(Filed September 25, 2007)

************************************

CUMBERLAND CASUALTY & SURETY COMPANY,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

************************************

## ORDER

On September 5, 2007, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in the June 27, 2007 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed September 5, 2007, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by January 2, 2008, which requires the plaintiff to submit schedules to defendant by December 4, 2007;

(2) That during the period up to January 2, 2008, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before January 8, 2008, and expert discovery completed by February 4, 2008; and

(4) At the close of all discovery on February 4, 2008, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge