**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CUMBERLAND CASUALTY & SURETY COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **No. 94-366C** <br> **(Judge Merow)** |
| **THE UNITED STATES** | |
| **Defendant.** | |

**ORDER**

Upon consideration of Plaintiff Cumberland Casualty & Surety Company's Partial Motion for Summary Judgment, it is hereby

ORDERED that Plaintiff's Motion is GRANTED and Defendant the United States is directed to pay to Plaintiff $419,068.42, plus interest from November 8, 1991.

______________________________
Judge

Dated: ____________________.