# In the United States Court of Federal Claims

No. 94-366 C
(Filed January 30, 2007)

************************************
CUMBERLAND CASUALTY & *
SURETY COMPANY *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Plaintiff is **GRANTED** leave to file its proposed findings of uncontroverted facts pursuant to RCFC 56(h)(1). The time for defendant's response to plaintiff's motion for partial summary judgment and proposed findings of uncontroverted facts is enlarged to and including February 19, 2008.

s/James F. Merow
James F. Merow
Senior Judge