IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 94-366C<br>(Judge Merow) |

DEFENDANT'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 18 days, to and including March 7, 2008, within which to file a response to plaintiff's partial motion for summary judgment. Pursuant to this Court's January 30, 2008 order, our response is due on February 19, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the parties have discussed this motion. On January 29, 2008, plaintiff's counsel indicated that she could not consent to the granting of the motion until she discussed the motion with her client. Not having heard back from plaintiff's counsel, Government counsel does not know whether plaintiff will oppose the granting of this motion.

The United States requests this out-of-time enlargement of time for the following reasons. Government counsel was in Seattle, Washington, for two weeks in December 2007 in connection with the trial in Lumbermens Mutual Casualty Company v. United States, 04-1255C. Immediately upon returning to the office, Government counsel began prepping witnesses for a two week trial in Armour of America v. United States, 04-1731C, scheduled to commence on January 15, 2008. The trial in the Armour of America case concluded on January 23, 2008, to be

resumed at a later date. In addition, it was the understanding of Government counsel that agency counsel was preparing a response to plaintiff's motion. This was not the case. Thus, additional time is needed to further research the merits of plaintiff's motion. Finally, the parties intend to pursue the possibility of using a third-party neutral in an effort to resolve this matter.

Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's partial motion for summary judgment up to and including March 7, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 307-0252
(202) 307-0972 (Fax)

Attorneys for Defendant

Dated: January 30, 2008