# In the United States Court of Federal Claims

No. 94-366 C
(Filed February 15, 2008)

| | |
|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On January 30, 2008, Defendant's Motion for Extension of Time to Respond to Plaintiff's Partial Motion for Summary Judgment was filed. Defendant requests an enlargement of time to and including March 7, 2008, within which to file a response to plaintiff's partial motion for summary judgment.

Accordingly, it is **ORDERED** that defendant's motion, filed January 30, 2008, is **GRANTED**.

s/James F. Merow
James F. Merow
Senior Judge