# In the United States Court of Federal Claims

No. 94-366 C

(Filed March 21, 2008)

***********************************

CUMBERLAND CASUALTY & SURETY COMPANY *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

***********************************

## ORDER

On March 3, 2008, Plaintiff's Motion for Extension of Time to Discovery Deadlines Set Forth in the December 26, 2007 Order was filed. No response was filed and the time for filing a response has expired.

Accordingly, it is **ORDERED** that plaintiff's motion, filed March 3, 2008, is **GRANTED** and discovery deadlines are enlarged as follows:

(1) The pretrial activity concerning damages shall be completed by June 30, 2008, which requires the plaintiff to submit schedules to defendant by June 2, 2008;

(2) That during the period up to June 30, 2008, additional fact discovery may also be initiated;

(3) That expert witnesses be identified on or before July 7, 2008, and expert discovery completed by August 4, 2008; and

(4) At the close of all discovery on August 4, 2008, counsel shall file a status report proposing a schedule for further activity in this matter.

s/James F. Merow
James F. Merow
Senior Judge