# In the United States Court of Federal Claims

No. 94-366 C

(Filed March 25, 2008)

************************************

CUMBERLAND CASUALTY & SURETY COMPANY, *
Plaintiff, *

v. *

THE UNITED STATES, *
Defendant. *

************************************

## ORDER

On December 26, 2007, Plaintiff's Partial Motion for Summary Judgment was filed. A request for oral argument was included in plaintiff's motion.

Accordingly, it is **ORDERED**:

(1) That counsel should promptly confer and reach agreement as to a date(s) when they can be available for oral argument on Plaintiff's Motion for Partial Summary Judgment;

(2) Upon reaching agreement, the date(s) shall be reported to Ms. Eddins (202-357-6613), so that an appropriate scheduling order can be issued; and

(3) If agreement cannot be reached, this shall also be reported to Ms. Eddins so that a telephone conference call with the undersigned can be scheduled to discuss scheduling possibilities.

s/James F. Merow
James F. Merow
Senior Judge