IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CUMBERLAND CASUALTY & SURETY COMPANY, | ) | |
| Plaintiff, | ) | No. 94-366C |
| v. | ) | (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S STATUS REPORT

Pursuant to this Court's June 4, 2008 order, defendant respectfully files this response to the June 11, 2008 status report filed by plaintiff, Cumberland Casualty & Surety Company (Cumberland).

In its June 11, 2008 status report, Cumberland asserts that it has conferred with the Florida receiver of Cumberland, and that the automatic stay does not apply. What Cumberland fails to address is exactly when Cumberland, and its attorneys, first learned from the receiver that the automatic stay did not apply to this case. As this Court is aware, on March 11, 2004, Cumberland filed a Motion to Extend Deadlines based upon the allegation that Cumberland's counsel was investigating whether the automatic stay provided for under Florida law applied to this action. Cumberland has filed essentially the same motion every few months for over four years. As recently as June 2, 2008, Cumberland alleged in its "Motion For Extension Of Time To Discovery Deadlines Set Forth In March 24, 2008 Order" that plaintiff's counsel was "currently investigating whether the automatic stay . . . is applicable to the instant action."

Cumberland also asserts in its Status Report that "the parties have continued to file motions for extensions of the discovery deadlines so that the parties could proceed with

settlement discussions." This statement is patently false. The numerous motions to extend the discovery deadlines have been filed by Cumberland, not by the Government, and the basis for Cumberland's requests has always been the purported need to "investigate" whether the automatic stay was applicable to this action, not that the parties were engaging in settlement negotiations.

.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
(202) 307-0252
(202) 307-0972 (Fax)

Dated: June 12, 2008

Attorneys for Defendant