# In the United States Court of Federal Claims

No. 94-366 C
(Filed July 7, 2008)

***********************************
CUMBERLAND CASUALTY & *
SURETY COMPANY *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

Plaintiff moves for a ninety (90) day enlargement in the deadlines set forth in the court's March 21, 2008 Order. No objection to this enlargement of time was filed.

By the Status Report, filed June 11, 2008, plaintiff advises that, upon consultation with the Receiver for Purposes of Rehabilitation, acting for Cumberland, it has been resolved that no stay under Florida Law is applicable to this litigation.

The motion for partial summary judgment, filed December 21, 2007 was denied by the Order, filed July 3, 2008.

In these circumstances, and considering the extensive period of time this litigation has been on the court's docket, it is **ORDERED**:

(1) That the motion filed June 2, 2008, is **GRANTED**;

(2) Pretrial activity concerning damages shall be completed by September 29, 2008 (schedule submitted to defendant by September 2, 2008);

(3) Fact discovery may be initiated up to September 29, 2008;

(4) Expert witnesses shall be identified on or before October 6, 2008, with expert discovery to be completed by November 3, 2008;

(5) At the close of all discovery on November 3, 2008, counsel shall file a status report(s) proposing a schedule for further activity in this matter;

(6) Absent exceptional circumstances, no further enlargements of time for the above events will be granted.

s/James F. Merow
James F. Merow
Senior Judge